Darrell P. White (SBN: 270038)
Michelle E. Soon (SBN: 329098)
David J. Steadmon (SBN: 333963)
KIMURA LONDON & WHITE LLP
3 Park Plaza, Suite 1520
Irvine, California 92614
(949) 474-0940
dwhite@klw-law.com
msoon@klw-law.com
dsteadmon@klw-law.com

Attorneys for Plaintiff OMNIPRINT INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| OMNIPRINT INTERNATIONAL INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TIM KIRKLAND, an individual; and DOES 1 to 25,<br><br>Defendant. | Case No.: 8:21-cv-01859-MEMF (ADSx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Assigned to:<br>Hon. Maame Ewusi-Mensah, Dept.: 10A<br><br>Action filed: November 12, 2021 |

The parties, Plaintiff OMNIPRINT INTERNATIONAL INC. ("Plaintiff") and Defendant TIM KIRKLAND ("Defendant"), through their designated counsel, hereby stipulate as follows:

1. The Parties entered into a confidential settlement agreement thereby resolving this action, entirely;

2. Plaintiff's entire complaint against Defendant, as captioned above,

**ECF SIGNATURE CERTIFICATE**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Anthony Brown, counsel for Defendant TIM KIRKLAND.

Dated: March 25, 2022           */s/ Darrell P. White*
                                 Darrell P. White, Esq.
                                 Attorney for Plaintiff

CERTIFICATE OF TRUST

including all causes of action alleged therein, is hereby dismissed with prejudice; and

3. Each party shall bear his or its own attorneys' fees and costs.

SO, STIPULATED.

Dated:	March 25, 2022	**KIMURA LONDON & WHITE LLP**

By: */s/ Darrell P. White*
Darrell P. White, Esq.
Michelle E. Soon, Esq.
David J. Steadmon, Esq.
Attorneys for Plaintiff OMNIPRINT INTERNATIONAL, INC.

Dated: March 25, 2022	**LAVALLE, BROWN & RONAN, P.A.**

By: */s/ Anthony Brown*
Anthony Brown, Esq.
Attorney for Defendant TIM KIRKLAND

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically and served by U.S. mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                             */s/ Wendy Ramirez*
                                             Wendy Ramirez