JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNIPRINT INT'L INC,<br><br>               Plaintiff,<br><br>         v.<br><br>TIM KIRKLAND ET et al,<br><br>               Defendants. | Case No.:  8:21-cv-01859-MEMF-ADSx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE [ECF NO. 12]** |

/ / /

/ / /

On March 25, 2022, the parties submitted a joint stipulation notifying the Court that the parties had entered into a confidential settlement agreement resolving this action entirely and requesting that the Court dismiss the action with prejudice, with each party to bear their own attorneys' fees and costs.

Pursuant to the parties' stipulation, the Court hereby GRANTS the joint stipulation and ORDERS that the case be dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated: March 29, 2022

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge